St. Hugh **WILLIAMS**, Plaintiff–Appellee,

v.

**NCL (BAHAMAS) LTD.**, d.b.a. NCL, Defendant–Appellant.

No. 11–12150–AA.

United States Court of Appeals, Eleventh Circuit.

Aug. 21, 2012.

Paul Brown Feltman, Alvarez, Carbonell, Feltman, Jimenez & Gomez, LLC,

---

Coral Gables, FL, Paul M. Hoffman, Fort Lauderdale, FL, for Plaintiff–Appellee.

Sterling Artherton McMahan, Scott P. Mebane, Valentina M. Tejera, Mase Lara Eversole, PA, Miami, FL, for Defendant–Appellant.

Before: TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

This court *sua sponte* vacates and withdraws its previous opinion in this appeal.

VACATED.